# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERI MICHELLE MARKS,** ) | |
| #13964-003, ) | |
| ) | |
| Petitioner, ) | |
| ) | **CIVIL ACTION NO. 16-0455-CG** |
| vs. ) | **CRIMINAL NO. 14-00054-CG-N** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

# ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 376[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated January 31, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Jeri Michelle Marks's motion dated August 23, 2016, and entitled "Minor-role Amendment Reduction 3B1.1" is construed as a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 362) and is **DISMISSED with prejudice**.  It is further **ORDERED** that Marks is not entitled to a Certificate of Appealability in relation to this final adverse

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.

2

order.  Finally, the Court certifies that any appeal by Marks of the dismissal of her § 2255 motion would be without merit and therefore not taken in good faith.  Thus, she is not entitled proceed <u>in</u> <u>forma</u> <u>pauperis</u> on appeal.

**DONE and ORDERED** this 2nd day of March, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE