# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JERI MICHELLE MARKS,** <br> **#13964-003,** <br><br> Petitioner, <br><br> vs. <br><br> **UNITED STATES OF AMERICA,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 16-0455-CG** <br> ) **CRIMINAL NO. 14-00054-CG-N** <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Jeri Michelle Marks's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Marks, and that Marks is not entitled a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 2nd day of March, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE