## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERI MICHELLE MARKS** | ) | |
| **BOP Reg. # 13964-003,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 14-00054-CG-M** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having

been no objections filed,[1] the Report and Recommendations (Doc. 405) of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules

Governing Section 2255 Proceedings for the United States District Courts, and S.D.

Ala. GenLR 72(a)(2)(R), and dated March 7, 2019, is **ADOPTED** as the opinion of

this Court.

Accordingly, it is **ORDERED** that Movant Jeri Michelle Marks's Motion to

Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 dated February 25, 2019

(Doc. 402), is **DISMISSED without prejudice** for lack of jurisdiction.  Further, the

Court certifies that any appeal by Marks of the dismissal of her second or successive §

2255 motion would be without merit and therefore not taken in good faith.  Thus, she is

---

[1] The Defendant, in her Response to Report and Recommendation (Doc. 406), advised that she accepts the recommendation of the Magistrate Judge.

not entitled proceed <u>in</u> <u>forma</u> <u>pauperis</u> on appeal of this decision.

**DONE** and **ORDERED** this the 9th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE
